AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:21-mj-00354-NJK |
| | ) | |
| RONALD ROYAL EDWARD BRUST | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | April 26, 2021 at 12:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 23, 2021

_____
*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*

X FILED / ENTERED  ___ RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

APR 23, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY